**FILED**

01/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0470

## IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No.: DA 21-0470

WILLIAM D. PRATT, individually and as Managing Member of PRATT RANCH, LLC, a Montana Limited Liability Company and as a Member of PRATT COMMERCIAL PROPERTY, LLC, a Montana Limited Liability Company,

Plaintiff and Appellee

v.

THOMAS A. PRATT, individually and as a Member of PRATT RANCH, LLC, a Montana limited liability company and as a Member of PRATT COMMERCIAL PROPERTY, LLC, a Montana Limited Liability Company,

Defendant and Appellant.

On Appeal from the Thirteenth Judicial District Court, Yellowstone County
Cause No.: DV 19-1506

## ORDER GRANTING APPELLEE WILLIAM D. PRATT's UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

*APPEARANCES*:

Erika R. Peterman
SOVA, PLLC
P.O. Box 8063
Missoula, MT 59807
Telephone: (406) 544-6350
Email: erika@sovapartners.com
*Attorney for Defendant / Appellant*

Bruce A. Fredrickson
Kristin L. Omvig
Rocky Mountain Law Partners, P.C.
1830 3rd Avenue East, Suite 301
P. O. Box 1758
Kalispell, MT 59903-1758
Telephone: (406) 314-6011
Facsimile: (406) 314-6012
E-mail:     bruce@rmtlawp.com
                kristin@rmtlawp.com
*Attorneys for Plaintiff / Appellee William D. Pratt*

[1]

Based on Appellee WILLIAM D. PRATT's Unopposed Motion for

Extension of Time to file his Response Brief, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee has up to and including, February

14, 2022, within which to file his Response Brief pursuant to Mont.R.App.P. 26(1).

[2]

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 7 2022